UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-mj-428-SCR *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **UNDER SEAL** |
| v. | ) |
| | ) **ORDER TO UNSEAL THE COMPLAINT** |
| TYVON TYREE DUNLAP | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion to Unseal the Complaint," filed December 13, 2023. (Doc. No. 5). After careful consideration of the Motion and the record of this case, the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that the above-captioned case, including the Criminal Complaint, Affidavit, Arrest Warrant, and any motions and orders, be unsealed and remain unsealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 13, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge