# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:23-mj-428-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TYVON TYREE DUNLAP ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss." (Doc. No. 7). Having carefully considered the Motion, applicable law, and the record, the Court will **GRANT** the Motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss" be **GRANTED**, and that the charges against Defendant Tyvon Tyree Dunlap in the above-captioned Criminal Complaint and Arrest Warrant be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: December 15, 2023

Susan C. Rodriguez
United States Magistrate Judge